| | | | |
|---|---|---|---|
| | AUSA: | Christopher Rawsthorne | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Amy Hirina | Telephone: (248) 879-6090 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Arron Muhlitner

Case No.

Case: 2:22−mj−30085
Assigned To : Unassigned
Assign. Date : 2/22/2022
Description: RE: SEALED MATTER (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 28, 2021 and June 21-22, 2021__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2252A(a)(2) | Distribution of child pornography |
| 18 USC § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Amy M. Hirina, Special Agent (FBI)
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __February 22, 2022__

_Judge's signature_

City and state: __Detroit, Michigan__

Hon. David R. Grand, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Amy Hirina, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Detroit Division, being duly sworn, depose and state as follows:

## I.     INTRODUCTION

1. I have been employed as a Special Agent of the FBI since 2005, and am currently assigned to the FBI Detroit Division, Oakland County Resident Agency. While employed by the FBI, I have investigated federal criminal violations involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute arrest warrants issued under the authority of the United States.

3. This affidavit is made in support of an application for a criminal complaint and arrest warrant for ARRON MUHLITNER (DOB XX/XX/1996) for violations of 18 U.S.C. § 2252A(a)(2) (Distribution of Child Pornography), and 18 U.S.C. § 2252A(a)(5)(B) (Possession of Child Pornography).

1

## II.     PROBABLE CAUSE

**A.     Child Sexually Abusive Material Investigation**

4.      On approximately June 23, 2021, Witness 1, contacted the Oakland County Sheriff's Office (OCSO) to report she found a phone with a cracked screen belonging to MUHLITNER at her residence in Orion Township Michigan. Witness 1 found the phone the previous day, approximately June 22, 2021, when she was making the bed. MUHLITNER spent the night at Witness 1's residence on June 21, 2021. Witness 1 observed a video of a young girl being sexually touched on the phone. Witness 1 also read a Kik chat on the phone that described the sexual assault of a six-year-old girl, and Witness 1 believed the conversation was describing a previous incident that law enforcement arrested MUHLITNER for involving a minor known to him.

5.      Subsequent to finding the phone, Witness 1 called MUHLITNER to tell him what she found on his phone. MUHLITNER told Witness 1 that he was working with the government and Kik to catch predators. MUHLITNER asked Witness 1 if she was really going to ruin his life and told her to just let him destroy the phone. I am aware that MUHLITNER was not, in fact, working with the FBI to catch predators, nor do I believe that he was working with Kik.

6.      On approximately June 23, 2021, an OCSO Detective picked up a Cricket ZTE cell phone with a cracked screen from Witness 1's residence.

7. On June 24, 2021, a search warrant was sworn out in the 52nd District Court, State of Michigan, for a Cricket ZTE cell phone with cracked screen.

**B.   Search of Cricket ZTE Cell Phone**

8. The ZTE Cricket cell phone was turned over to the OCSO Computer Crimes Unit and a phone extraction was completed.

9. A review of the phone extraction revealed the following Kik conversation dated 05/28/2021:

| | |
|---|---|
| mike******* | I would fill her lil pussy to the top with my cum |
| king******* | I wish I could. I'd love to see my dick pushing her little hole open |
| mike******* | I never went in but i spread the lil pussy lips of a 6yr old and filled her woth my cum |
| king******* | Lucky bastard |
| king******* | Age sex? |
| mike******* | I then made her finger her self to make sure my cum went deep in her i then made her suck the cum off her fingers but she didnt like that too much but she did grate |
| mike******* | 23m |
| | *conversation continues…* |
| king******* | Any more to share |
| mike******* | *[image attached of a minor female approximately five to seven years old, laying on her back with her knees in the air. Minor* |

3

| | |
|---|---|
| | *female is wearing a shirt and appears to be naked below the waist. The image does not show genitalia.]* |
| mike******* | *[image attached of a minor female approximately three to six years old, with her torso and genitalia visible. The minor female is laying on her back, and a penis is touching her genitalia.]* |
| mike******* | *[image attached of a minor female approximately nine to eleven years old, laying on her back with her knees in the air. The minor female is only wearing a shirt with her genitalia showing.]* |
| king******* | What got you into younger |

10. The following user accounts were extracted from ZTE Cricket cell phone:

    a. Source: Kik Messenger / Username: mike******* / Account Name: Mike ***

    b. Source: Gmail / Username: arron**********@gmail.com

    c. Source: Facebook / Account Name: Arron Muhlitner

11. A review of the photographs saved on the ZTE Cricket cell phone revealed photographs of a male that are visually similar to MUHLITNER's driver's license photograph. Further, at least 20 images/videos meeting the federal definition of child pornography were observed. MUHLITNER'S residence, like that of Witness 1, is located in the Eastern District of Michigan and I therefore believe that

MUHLITNER was in the Eastern District of Michigan when he distributed the above-described files using Kik.

### III.  CONCLUSION

12. Based on the child pornography observed on MUHLITNER's Cricket ZTE cell phone, and the child pornography sent and received from MUHLITNER's Kik account, I believe that probable cause exists that ARRON MUHLITNER (DOB XX/XX/1996) violated 18 U.S.C. § 2252A(a)(2) (Distribution of Child Pornography), and 18 U.S.C. § 2252A(a)(5)(B) (Possession of Child Pornography).

Respectfully submitted,

Amy Hirina, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. David R. Grand
United States Magistrate Judge

Date:  February 22, 2022